**LONG CHHANG; Sopheap Pen, Plaintiffs-Appellants,**

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee FOR RESIDENTIAL ACCREDIT LOANS, INC., Asset-Backed Pass-Through Certificates, Series 2007-QS5, Defendant-Appellee.**

No. 16-1487

United States Court of Appeals, Eighth Circuit.

Submitted: February 21, 2017

Filed: March 2, 2017

Long Chhang, Pro Se

Sopheap Pen, Pro Se

Jared D. Kemper, Dykema & Gossett, Minneapolis, MN, for Defendant-Appellee

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Long Chhang and Sopheap Pen appeal pro se after the district court[1] entered an adverse judgment following a bench trial in their action to quiet title. Upon careful review, we conclude the district court's factual determination that Pen was served notice was not clearly erroneous. *See United States v. Missouri,* 535 F.3d 844, 848 (8th Cir. 2008) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.